THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. J. EDGAR VINCENT and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 15, 1933.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vandemark (ante,* p. 946). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. J. EDGAR VINCENT and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 13, 1934.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vandemark (ante,* p. 946). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY and Another, Respondents, v. J. EDGAR VINCENT and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 14, 1939.) — Order modified on the law and facts, without costs, by inserting in the sixth line of the ordering portion thereof after the word " respondents " and before the words " set forth " the following: " In so far as they have knowledge of the facts or means of acquiring the same through possession or control of records and documents or otherwise." All concur. (The order directs defendants to make a further return to an amended writ of certiorari in a proceeding to review an assessment upon relator's property so as to comply with section 292 of the Tax Law.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, v. J. EDGAR VINCENT and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 28, 1935.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vincent (ante,* p. 947). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY and Another, Respondents, v. J. EDGAR VINCENT and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 25, 1936.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vincent (ante,* p. 947). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY and Another, Respondents, v. Z. H. HANEY and Others, as Assessors of the Town of Phelps, Ontario County, New York, Appellants. (Order Re Writ of Certiorari Issued September 28, 1937.) — Same decision and like cause of action as in companion case of *People ex rel. Lehigh Valley R. Co.* v. *Vincent (ante,* p. 947). Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.